<mark>Case 1:20-cv-07880-GBD Document 27 Filed 02/04/21 Page 1 of 1</mark>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION,

                       Plaintiff,

-against-

CRAIG A. ZABALA,

                      Defendant,
-and-,

DOREEN MCCARTHY,
                      Relief Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x



ORDER

20 Civ. 7880 (GBD)

GEORGE B. DANIELS, District Judge:

      The initial conference scheduled for February 11, 2021 at 9:30 a.m. is hereby cancelled. An oral argument on Relief Defendant's Motion to Dismiss, (ECF No. 13), is scheduled for May 20, 2021 at 10:30 am.

Dated: February 4, 2021
      New York, New York

                                                   SO ORDERED.

                                                   GEORGE B. DANIELS
                                                   UNITED STATES DISTRICT JUDGE