**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

-against-

CRAIG A. ZABALA,

                    Defendant,

-and-,

DOREEN MCCARTHY,

                    Relief Defendant.

------------------------------------- X

ORDER

20 Civ. 7880 (GBD)

GEORGE B. DANIELS, District Judge:

The oral argument currently scheduled for May 20, 2021 is adjourned to May 26, 2021 at 11:30 a.m.

Dated: May 17, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE