**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION,   :

                    Plaintiff,   :

    -against-   :

                              :         <u>ORDER</u>

CRAIG A. ZABALA,   :

                            :      20 Civ. 7880 (GBD)

                Defendant,   :

    -and-,   :

                            :

DOREEN MCCARTHY,   :

                Relief  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GEORGE B. DANIELS, District Judge:

    This Court having been advised that the parties have reached an agreement on all issues in

this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without

prejudice to restoring the action to this Court's docket if an application to restore is made within

ninety (90) days.

Dated: June 27, 2022
      New York, New York

                              SO ORDERED.

                              *George B Daniels*

                              GEORGE B. DANIELS
                              UNITED STATES DISTRICT JUDGE